UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CLIFFORD B. WAHL, | CASE NO. 1:11-cv-621 |
| Plaintiff, | Judge Susan J. Dlott |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| NORTHLAND GROUP, INC. | |
| and | |
| ARROW FINANCIAL SERVICES, LLC | |
| Defendants. | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having been duly advised that the parties have resolved this action and have agreed to entry of an order dismissing with prejudice and on the merits plaintiff Clifford B. Wahl's action herein against defendants Northland Group, Inc. and Arrow Financial Services, LLC and the Court being otherwise advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that plaintiff Clifford B. Wahl's action herein against defendants Northland Group, Inc. and Arrow Financial Services, LLC is hereby DISMISSED with prejudice and on the merits with each party bearing its own costs of this action.   IT IS FURTHER ORDERED that this ORDER resolves the last pending claim and closes this action.

*Stephanie K. Bowman*
US Magistrate Judge

HAVE SEEN AND AGREED TO:

s/A. Brian McIntosh
A. Brian McIntosh (# 0067295)
McIntosh & McIntosh, PLLC
1136 Saint Gregory Street
Suite 100
Cincinnati, OH 45202
(513) 929-4040 – Telephone
(513) 929-4070 - Facsimile
Brian@McIntoshlaw.com

Trial Attorney for Plaintiff Clifford B. Wahl


s/Jeffrey J. Harmon
Kevin R. Feazell (#0059634)
Jeffrey J. Harmon (#0032848)
Cors & Bassett, LLC
537 East Pete Rose Way
Suite 400
Cincinnati, OH  45202-3578
513-852-8200 - Telephone
513-852-8222 - Facsimile
krf@corsbassett.com
jjh@corsbassett.com

Trial Attorneys for Defendants
Northland Group, Inc. and Arrow Financial Services, LLC